IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00342-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR EDUARDO CRUZ-BENITEZ,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Oscar Eduardo Cruz-Benitez is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 8th day of January 2015.

BY THE COURT:

Judge William J. Martínez
United States District Judge